# United States Bankruptcy Court
# District of South Carolina

IN RE:

Michael Allen Falls
Rachelle Ellen Falls
9742 Woodridge Heights Dr.
Fortson, GA  31808

CASE NO.: 19-06519-hb
CHAPTER 13

DEBTORS

## ORDER

This matter is before the Court on the debtor's request for a Moratorium.  Following consideration of this matter,

IT IS ORDERED that the Moratorium requested is allowed.  However, should the Debtors fail to make the regular payment due February 12, 2021, this case may be dismissed without further notice or hearing upon the request of the Trustee.

IT IS SO ORDERED.

**FILED BY THE COURT**
**01/22/2021**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 01/22/2021
Attorney for Debtors:

David D. Cantrell Jr., Esq.
PO Box 955
Easley, SC  29641